```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHELLE RODRIGUEZ
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```



**FILED**

JUN 08 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | MAG. NO.  2:09-MJ-005 GGH |
|---|---|---|
| Plaintiff, | ) | MOTION TO DISMISS COMPLAINT |
| v. | ) | AND [~~PROPOSED~~] ORDER  P~O |
| EDGAR GOMEZ CARRILLO, | ) | |
| Defendant. | ) | |

**MOTION**

HEREBY, the United States moves that this Court enter an order, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss without prejudice the complaint for Unlawful Flight to Avoid Prosecution (UFAP) in the above referenced case, MAG No 2:09-MJ-005 GGH, against defendant EDGAR GOMEZ CARRILLO.

DATED: 06/08/2012

BENJAMIN WAGNER
UNITED STATES ATTORNEY

By  /s/Michelle Rodriguez
    MICHELLE RODRIGUEZ
    Assistant U.S. Attorney

```
 1 | BENJAMIN B. WAGNER
   | United States Attorney
 2 | MICHELLE RODRIGUEZ
   | Assistant U.S. Attorney
 3 | 501 I Street, Suite 10-100
   | Sacramento, California  95814
 4 | Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) MAG. NO.  2:09-MJ-005 GGH |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER |
| v. | ) |
| EDGAR GOMEZ CARRILLO, | ) |
| Defendant. | ) |

**ORDER**

The United States' motion to dismiss without prejudice the underlying Unlawful Flight to Avoid Prosecution (UFAP) complaint in the above referenced case, MAG No 2:09-MJ-005 GGH against defendant EDGAR GOMEZ CARRILLO is GRANTED.

DATED: 6/8/12

_____
HON. DALE A DROZD
U.S. MAGISTRATE JUDGE